**Kavin D. HORTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60210.**

Missouri Court of Appeals,
Western District.

April 2, 2002.

John M. Schilmoeller, Assistant Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Sara L. Trower, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, P.J., and SMITH and HOWARD, JJ.

### ORDER

PER CURIAM.

Kavin D. Horton appeals from the circuit court's order denying, without an evidentiary hearing, his Rule 24.035 post-conviction relief motion seeking to vacate, set aside or correct the judgment convicting him of eleven counts of burglary in the first degree, § 569.160; ten counts of forcible rape, § 566.030; seven counts of armed criminal action, § 571.015; seven counts of forcible sodomy, § 566.060; and two counts of assault in the first degree, § 565.050. As a result of his 37 convictions, the appellant was sentenced to consecutive prison terms of life on each of eighteen counts and ten years on each of nineteen counts.

Affirmed. Rule 84.16(b).